HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ORIONSWAVE, LLC, a Washington limited liability company; and NILS LAHR, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CHALLENGED, LLC, a Delaware limited liability company; and SOCIAL BET, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. C16-0673-JCC<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT |

This matter comes before the Court on the motion for default judgment by Plaintiffs OrionsWave, LLC and Nils Lahr (Dkt. No. 14). The Court has considered the motion and the relevant record. Based upon the foregoing, the Court FINDS that:

(1) Defendants Challenged, LLC and Social Bet, Inc. were properly served in this matter on or about May 16, 2016 (Dkt. Nos. 7, 8);

(2) The Clerk entered an order of default against Defendants on July 27, 2016 (Dkt. No. 13);

(3) Defendants have failed to appear or otherwise defend in this action; and

(4) The factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986) support granting default judgment in Plaintiffs' favor.

Accordingly, Plaintiffs' motion for default judgment (Dkt. No. 14) is GRANTED in its entirety. The Court AWARDS the following relief to Plaintiffs:

    a.    Judgment against Challenged, LLC in the amount of $268,900.95[1];

    b.    Judgment against Social Bet, Inc. in the amount of $158,362.11;

    c.    Declaratory judgment in favor of OrionsWave, LLC against Challenged, LLC affirming OrionsWave's ownership of the Challenged app and cloud platform created by OrionsWave;

    d.    Declaratory judgment in favor of OrionsWave against Social Bet, affirming OrionsWave's ownership of the YouBetMe app and cloud platform created by OrionsWave;

    e.    Attorney fees and costs incurred in preparing this motion and the motion for default in the amount of $5,885.00; and

    f.    Post-judgment interest.

In addition, the status conference set for September 6, 2016 is hereby VACATED. The Clerk is DIRECTED to close this case.

DATED this 29th day of August 2016.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

---

[1] This amount is based on the $240,090.13 owed, as established by the invoices in Exhibit B to Lahr Declaration (Dkt. No. 15), plus 12 percent interest calculated simply.

ORDER GRANTING DEFAULT JUDGMENT - 2
C16-0673-JCC